# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | RANDA, JAMES MARTIN | § | Case No. 09-29576 |
| | RANDA, JODI LYNNE | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/03/2010 in Courtroom 201, United States Courthouse Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2010          By:    /s/DEBORAH K. EBNER
                                         Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: RANDA, JAMES MARTIN § Case No. 09-29576
RANDA, JODI LYNNE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,000.46 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 20,000.46 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 2,750.05 | $ 108.29 |
| Attorney for trustee | Deborah K. Ebner, ESQ. | $ 4,537.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | LOIS WEST | $ 924.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $157,133.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 18P-2 | Internal Revenue Service | $ 157,133.89 | $ 11,680.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,173,204.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | $ 3,114.55 | $ 0.00 |
| 2 | Hawthorne Credit Union | $ 465,357.90 | $ 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank | $ 3,720.80 | $ 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | $ 2,086.23 | $ 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | $ 582.63 | $ 0.00 |
| 6 | Gruber and Kostal D.D.S., Ltd. | $ 2,512.10 | $ 0.00 |
| 7 | Citizens Bank | $ 100,033.94 | $ 0.00 |
| 8 | Chase Bank USA, N.A. | $ 793.16 | $ 0.00 |
| 9 | Chase Bank USA, N.A. | $ 778.05 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 10 | American Infosource Lp As Agent for T Mobile | $ 464.17 | $ 0.00 |
| 11 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 3,041.66 | $ 0.00 |
| 12 | GE Money Bank dba PAYPAL | $ 641.18 | $ 0.00 |
| 13 | GE Money Bank dba WALMART | $ 2,173.25 | $ 0.00 |
| 14 | GE Money Bank dba OLD NAVY | $ 404.03 | $ 0.00 |
| 16 | Chase Bank USA NA | $ 10,567.31 | $ 0.00 |
| 17 | Fifth Third Bank | $ 576,862.14 | $ 0.00 |
| 18U-2 | Internal Revenue Service | $ 71.63 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
                         N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
                         N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt               Page 1 of 2                   Date Rcvd: Oct 21, 2010
Case: 09-29576                 Form ID: pdf006             Total Noticed: 53

The following entities were noticed by first class mail on Oct 23, 2010.
db/jdb        +James Martin Randa,    Jodi Lynne Randa,    5308 Oak Meadow Ct.,    Plano, IL 60545-4000
aty           +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
                Chicago, IL 60603-6306
aty           +Timothy J Rathbun,    Rathbun Cservenyak & Kozol LLC,    3260 Execuitve Drive,
                Joliet, IL 60431-2822
tr            +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
14310289       American Express,    P.O. Box 981540,    El Paso, TX 79998-1540
14310290      +Associated Bank,    Associated Loan Services Dept.,    1305 Main Street,
                Stevens Point, WI 54481-2898
14310292       BP Amoco,    Cardmember Service,    PO Box 15325,    Wilmington, DE 19886-5325
14310291       Blain’s Farm & Fleet Plan,    Processing Center,    PO Box 689182,    Des Moines, IA 50364-0001
14310293       Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
14310294       Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15378095       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15042881       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15071658      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14310295      +Citizens Bank,    101 N. Washington,    Saginaw, MI 48607-1207
14310296      +Dr. Timothy J. Clare,    200 Hillcrest Ave.,    Yorkville, IL 60560-1390
14310297      +Edward Health Ventures,    1 E. County Line Road,    Sandwich, IL 60548-2178
14310299      +Fifth Third Bank,    161 N. Clark Ste Suite 4200,    Chicago, IL 60601-3316
14310300      +Fifth Third Visa,    Fifth Third Center,    Cincinnati, OH 45263-0001
14310301      +First National Bank of Ottawa,    P.O. Box 657,    Ottawa, IL 61350-0657
14310302      +Furniture First,    By Wells Fargo Financial National,    800 Walnut St, F4030-04C,
                Des Moines, IA 50309-3891
14310303     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree,     PO Box 94710,    Palatine, IL 60094-4710)
14310304      +Gruber and Kostal D.D.S., Ltd.,    302 E. Countryside Parkway,    Yorkville, IL 60560-1024
14310305      +Hawthorne Credit Union,    c/o J. Mark Fisher,    Schiff Hardin LLP,
                233 South Wacker Drive, #6600,    Chicago, IL 60606-6307
15825375     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,     Centralized Insolvency Operations,
                Stop N 781,    P.O. Box 21126,    Philadelphia, Pa 19114)
15760077       Illinois Department of Revenue,    Springfield, IL 62719-0001
15760078       Internal Revenue Service,    Cincinnati, OH 45999-0149
14310308      +John and Jeanette Holmes,    c/o Michael C. Funkey, Esq.,    2111 Plum St., Suite 301,
                Aurora, IL 60506-3267
14310310       Menards,    PO Box 15521,    Wilmington, DE 19850-5521
14310311       Menards,    PO Box 17602,    Wilmington, DE 19850-5521
14981276      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14310314       Paypal Buyer Credit,    P.O. Box 960080,    Orlando, FL 32896-0080
14310315      +Russell S. Ott,    1N292 Brundage Rd.,    Elburn, IL 60119-9414
14310316       Sears Card,    PO Box 183081,    Columbus, OH 43218-3081
14310317      +Sears Life Insurance Co.,    PO Box 901099,    Fort Worth, TX 76101-2099
14310318      +T Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
15376624      +THE FIRST NATIONAL BANK OF OTTAWA,    701 LASALLE ST,    OTTAWA, IL 61350-5019
14310319       Target National Bank - Visa,    PO Box 59317,    Minneapolis, MN 55459-0317
14310320       The Home Depot,    Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
14310321      +Thomas P. Sandquist, Esq.,    Williams McCarthy LLP,    120 West State Street,
                Rockford, IL 61101-1125
14310323       Wells Fargo,    P.O. Box 98796,    Las Vegas, NV 89193-8796
14310324      +Wells Fargo Financial,    PO Box 10475,    Des Moines, IA 50306-0475

The following entities were noticed by electronic transmission on Oct 21, 2010.
aty           +E-mail/Text: blyong@golanchristie.com                           Barbara L Yong,
                Golan & Christie LLP,    70 W Madison    Suite 1500,    Chicago, IL 60602-4265
14943501       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2010 02:41:03
                AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,    Oklahoma City, OK  73124-8866
15277840       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2010 02:41:03
                American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
15326755      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15
                GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15326758      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15    GE Money Bank dba OLD NAVY,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15326756      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15    GE Money Bank dba PAYPAL,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15326757      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15    GE Money Bank dba WALMART,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14310307      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15    JCPenney,    PO Box 981131,
                El Paso, TX 79998-1131
14310309       E-mail/PDF: cr-bankruptcy@kohls.com Oct 22 2010 02:41:10    Kohl’s,    PO Box 2983,
                Milwaukee, WI 53201-2983
14310312       E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15    Old Navy,    PO Box 530942,
                Atlanta, GA 30353-0942
14310313      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16    Paypal Buyer Credit,    c/o GEMB,
                PO Box 981064,    El Paso, TX 79998-1064
14310322       E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16    Walmart,    PO Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 12
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Oct 21, 2010
Case: 09-29576                Form ID: pdf006            Total Noticed: 53

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
14310298   ##+Emily, Inc.,   dba Pro Source Motorsports,   630 E. U.S. Rt. 6,   Morris, IL 60450-8898
14310306    ##Home Depot,   P.O. Box 689100,   Des Moines, IA 50368-9100
                                                                             TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**                    **Signature:**    _/s/ Joseph Speetjens_