# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Bruce W. Black | Hearing Date | 12/03/2010 |
| Bankruptcy Case | 09 B 29576 | Adversary No. | |
| Title of Case | James and Jodi Randa | | |

**Brief Statement of Motion:** Trustee's Final Report and Applications for Compensation

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

IT IS HEREBY ORDERED, Trustee is to file an amended itemization by or before 1/7/2011 and file a written response by or before the same date.

*/s/ Bruce W. Black*

U S Bankruptcy Judge Bruce W. Black