**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| JAMES MARTIN RANDA and | ) | Case No. 09 B 29576 |
| JODI LYNNE RANDA, | ) | |
| Debtors. | ) | Hon. Bruce W. Black (Joliet) |

**NOTICE OF FILING**

TO:   ALL ECF REGISTRANTS

**PLEASE BE ADVISED** that on **JANUARY 5, 2011**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **SECOND SUPPLEMENT TO FINAL APPLICATION OF THE LAW OFFICE OF DEBORAH KANNER EBNER FOR ALLOWANCE AND PAYMENT FOR COMPENSATION,** a copy of which attached hereto.

/s/ Deborah K. Ebner
DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

I, DEBORAH K. EBNER, hereby certify that on January 5, 2011, I caused copies of this Notice along with the corresponding document to be served electronically to those registered to receive such notice for this case through the Court's ECF filing system.

/s/ Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| JAMES MARTIN RANDA and | ) | Case No. 09 B 29576 |
| JODI LYNNE RANDA, | ) | |
| Debtors. | ) | Hon. Bruce W. Black (Joliet) |

**SECOND SUPPLEMENT TO FINAL APPLICATION
OF THE LAW OFFICE OF DEBORAH KANNER EBNER
FOR ALLOWANCE AND PAYMENT FOR COMPENSATION**

NOW COMES Deborah K. Ebner ("Ebner") and as and for her Second Supplement to the Final Application of the Law Office of Deborah Kanner Ebner for Allowance and Payment for Compensation, for the purpose of addressing the Court's concerns about duplication, states as follows:

1. Upon re-review of the Final Application of the Law Office of Deborah Kanner Ebner for Allowance and Payment for Compensation, the following typographical errors were noted:

A) Page 3, paragraph 8 of the original Final Application for Allowance and Payment for Compensation stated as follows:

| Attorney (Paralegal) | Hours | Fees |
|---|---|---|
| D. Ebner, Attorney | 2.00 total hours (@ $375.00) | $750.00 |

That entry should have read:

| Attorney (Paralegal) | Hours | Fees |
|---|---|---|
| D. Ebner, Attorney | 1.70 total hours (@ $375.00) | $ 637.50 |

B) Page 4, paragraph 11 of the original Final Application for Allowance and Payment for Compensation stated that "During the Application Period, Ebner has rendered 2.0 hour." That entry should have read 1.7 hours.

2. Notwithstanding the foregoing typographical errors, the award sought in the Wherefore Clause in page 5 of the Final Application for Allowance and Payment for

2

Compensation, is mathematically correct.

                Respectfully submitted,
                Law Office of Deborah K. Ebner

      By:    /s/Deborah K. Ebner
                Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

3