**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    JAMES MARTIN RANDA and | ) | Case No. 09 B 29576 |
|    JODI LYNNE RANDA, | ) | |
|                 Debtors. | ) | Hon. Bruce W. Black (Joliet) |

**NOTICE OF FILING**

TO:    ALL ECF REGISTRANTS

    **PLEASE BE ADVISED** that on **FEBRUARY 22, 2011**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **FINAL SUPPLEMENT OF TRUSTEE FOR STATUTORY COMPENSATION AND EXPENSE REIMBURSEMENT,** a copy of which attached hereto.

                                                 /s/ Deborah K. Ebner
                                                 DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

**CERTIFICATE OF SERVICE**

    I, DEBORAH K. EBNER, hereby certify that on February 22, 2011, I caused copies of this Notice along with the corresponding document to be served electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                                 /s/ Deborah K. Ebner

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| JAMES MARTIN RANDA and | ) | Case No. 09 B 29576 |
| JODI LYNNE RANDA, | ) | |
| Debtors. | ) | Hon. Bruce W. Black (Joliet) |

### FINAL SUPPLEMENT OF TRUSTEE FOR STATUTORY
### COMPENSATION AND EXPENSE REIMBURSEMENT

TO THE HONORABLE BRUCE W. BLACK, Bankruptcy Judge:

NOW COMES Deborah K. Ebner, duly appointed, qualified and acting Trustee in these proceedings, and pursuant to the direction of this Court, the following is an outline of services rendered in connection with the administration of this Estate:

### TRUSTEE SERVICES

I. TASKS

1. Preparation for 341 meeting;

2. Conduct 341 meeting;

3. Work with Debtor's attorney re: valuation of property issues, claim of homestead exemption and resolution of all issues relating thereto, and supervision of attorneys regarding removal of exemption;

4. Work with accountant on preparation of tax returns;

5. Teleconferences with Debtor's attorney, Trustee's counsel, secured lender counsel, and realtor regarding marketing of real estate, carve-out for estate, maintenance of real estate during marketing efforts, and short sale issues;

6. File Initial Report of Trustee in Asset Case;

7. File Interim Property Record and Asset Reports;

8. Review claims;

9. Open Bank Account;

10. Supervise retention of realtor, and negotiation of lien release and short-sale process;

11. Preparation of Trustee's Final Report;

12. Preparation in connection with U.S. Trustee reviews, annual reports, discussions with USTO staff personnel, and discussions with creditors;

13. Anticipated posting and distribution of dividend checks;

14. Preparation and filing of Final Account.

II. EXPENSES ADVANCED

15. Attached as **Exhibit A** is an itemization of **$108.29** in expenses advanced by Trustee during the course of this administration for which reimbursement is sought.

III. STATUTORY TRUSTEE COMPENSATION CALCULATION

16. The maximum compensation allowable to Trustee pursuant to 11 U.S.C. § 326 of the Code, based upon the receipts and disbursements of $20,000.46, which is the aggregate of Estate's funds distributed to parties in interest other than the Debtor, is as follows[1]:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000 | $1,500.16 |
| Total allowable compensation | $2,750.16 |

IV. COMPENSATION REQUEST

17. Trustee and her staff have expended 24.2 hours in the rendition of Trustee services. Trustee's customary hourly rate is $375.00. Application of Trustee's hourly rate to hours expended totals $9,075.00[2]. Trustee requests her statutory compensation, however, in the

---

[1] Trustee Compensation was calculated and this report was prepared prior to accounting for all interest earned and therefore Trustee is leaving her compensation request at $2,750.05 as opposed to $2,750.16, the latter of which is statutorily correct.
[2] Detailed time description is available upon request.

3

amount of **$2,750.05**.

V.       CONCLUSION

   18.   **For the foregoing reasons, Trustee seeks $2,750.05 in statutory compensation, and expense reimbursement in the amount of $108.29.**

                    Respectfully submitted,
                    Law Office of Deborah K. Ebner

By:   /s/Deborah K. Ebner
      Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

4