**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
|    JAMES MARTIN RANDA and | ) | Case No. 09 B 29576 |
|    JODI LYNNE RANDA, | ) | |
|                           Debtors. | ) | Hon. Bruce W. Black (Joliet) |

## NOTICE OF FILING

TO:    ALL ECF REGISTRANTS

    **PLEASE BE ADVISED** that on **FEBRUARY 22, 2011**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **FINAL SUPPLEMENT OF THE LAW OFFICE OF DEBORAH KANNER EBNER FOR LEGAL FOR COMPENSATION,** a copy of which attached hereto.

                                                       /s/ Deborah K. Ebner
                                                       DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

## CERTIFICATE OF SERVICE

    I, DEBORAH K. EBNER, hereby certify that on February 22, 2011, I caused copies of this Notice along with the corresponding document to be served electronically to those registered to receive such notice for this case through the Court's ECF filing system.

                                                       /s/ Deborah K. Ebner

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| JAMES MARTIN RANDA and | ) | Case No. 09 B 29576 |
| JODI LYNNE RANDA, | ) | |
| Debtors. | ) | Hon. Bruce W. Black (Joliet) |

**FINAL SUPPLEMENT FOR THE LAW OFFICE OF**
**DEBORAH KANNER EBNER FOR LEGAL COMPENSATION**

NOW COMES Deborah K. Ebner ("Ebner") and as and for her Final Supplement in support of her Application for Legal Compensation pursuant to 11 U.S.C. § 330, duly states as follows:

1. The Law Office of Deborah Kanner Ebner seeks the following compensation for actual, reasonable and necessary services to the Estate:

| Attorney | Hours | Fees |
|---|---|---|
| D. Ebner | **1.7** | $637.50 |
| [Time detail is attached as **Exhibit A**.] | | |
| Carleen Cignetto | **.6** | $150.00 |
| [Time detail is attached as **Exhibit B**.] | | |
| Linda M. Kujaca | **12.5** | $3,750.00 |
| [Time detail is attached as **Exhibit C**.] | | |
| Total Legal Fees sought for necessary professional service to Trustee | | **$4,537.50** |

WHEREFORE, the Law Office of Deborah Kanner Ebner prays that final compensation in the amount of $4,537.50 be authorized.

Respectfully submitted,
Law Office of Deborah K. Ebner

By: /s/Deborah K. Ebner
Deborah K. Ebner, Esq.

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

2