**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: RANDA, JAMES MARTIN                                         Case No. 09-29576
       RANDA, JODI LYNNE

                                                                   Chapter   7
_____,
                    Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00<br>*(without deducting any secured claims)* | Assets Exempt:  $13,300.00 |
| Total Distribution to Claimants: $361,474.22 | Claims Discharged<br>Without Payment:  $1,372,227.02 |
| Total Expenses of Administration:  $48,528.50 | |

   3)  Total gross receipts of $   410,002.72   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $410,002.72
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $363,071.89 | $349,791.84 | $349,791.84 | $349,791.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,528.50 | 48,528.50 | 48,528.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 172,752.55 | 168,752.99 | 157,133.89 | 11,682.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 745,685.78 | 1,173,501.09 | 1,173,501.09 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,281,510.22 | $1,740,574.42 | $1,728,955.32 | $410,002.72 |

4) This case was originally filed under Chapter 7 on August 12, 2009. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2011          By: /s/DEBORAH K. EBNER
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5308 Oak Meadow, Plano, IL 60545 the Entireties | 1110-000 | 410,000.00 |
| Interest Income | 1270-000 | 2.72 |
| **TOTAL GROSS RECEIPTS** | | **$410,002.72** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | First National Bank of Ottawa | 4110-000 | 363,071.89 | N/A | N/A | 0.00 |
| 18 | Internal Revenue Service | 4300-000 | N/A | | 0.00 | 0.00 |
| NOTFILED | Fifth Third Bank c/o Polsinelli | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | First National Bank of Ottawa | 4110-002 | N/A | 349,791.84 | 349,791.84 | 349,791.84 |
| **TOTAL SECURED CLAIMS** | | | **$363,071.89** | **$349,791.84** | **$349,791.84** | **$349,791.84** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 2,750.05 | 2,750.05 | 2,750.05 |
| DEBORAH K. EBNER | 2200-000 | N/A | 108.29 | 108.29 | 108.29 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 4,537.50 | 4,537.50 | 4,537.50 |
| LOIS WEST | 3410-000 | N/A | 924.50 | 924.50 | 924.50 |
| Karges Rea;ty | 3510-002 | N/A | 9,400.00 | 9,400.00 | 9,400.00 |
| Midwest Realty | 3510-002 | N/A | 10,100.00 | 10,100.00 | 10,100.00 |
| Real Estate Taxes 2009 | 2820-002 | N/A | 10,996.14 | 10,996.14 | 10,996.14 |
| Transfer taxes | 2500-002 | N/A | 615.00 | 615.00 | 615.00 |
| Recorder | 2500-002 | N/A | 52.00 | 52.00 | 52.00 |
| Title Charges | 2500-002 | N/A | 175.00 | 175.00 | 175.00 |
| County Taxes | 2820-002 | N/A | 6,300.02 | 6,300.02 | 6,300.02 |
| Title Charges | 2500-002 | N/A | 1,570.00 | 1,570.00 | 1,570.00 |
| Earnest Money | 2500-002 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 48,528.50 | 48,528.50 | 48,528.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18P-2 | Internal Revenue Service | 5800-000 | 158,790.91 | 157,133.89 | 157,133.89 | 11,682.38 |
| 19P | Illinois Dept of Revenue | 5800-000 | 13,961.64 | 11,619.10 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 172,752.55 | 168,752.99 | 157,133.89 | 11,682.38 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | 7100-000 | 2,980.35 | 3,114.55 | 3,114.55 | 0.00 |
| 2 | Hawthorne Credit Union | 7100-000 | 425,311.98 | 465,357.90 | 465,357.90 | 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 3,463.24 | 3,720.80 | 3,720.80 | 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 2,017.26 | 2,086.23 | 2,086.23 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 543.63 | 582.63 | 582.63 | 0.00 |
| 6 | Gruber and Kostal D.D.S., Ltd. | 7100-000 | 2,117.10 | 2,512.10 | 2,512.10 | 0.00 |
| 7 | Citizens Bank | 7100-000 | 92,082.00 | 100,033.94 | 100,033.94 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 749.42 | 793.16 | 793.16 | 0.00 |
| 9 | Chase Bank USA,N.A | 7100-000 | 735.62 | 778.05 | 778.05 | 0.00 |
| 10 | American Infosource Lp As Agent for T Mobile | 7100-000 | 364.31 | 464.17 | 464.17 | 0.00 |
| 11 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 2,986.01 | 3,041.66 | 3,041.66 | 0.00 |
| 12 | GE Money Bank dba PAYPAL | 7100-000 | 589.77 | 641.18 | 641.18 | 0.00 |
| 13 | GE Money Bank dba WALMART | 7100-000 | 2,113.82 | 2,173.25 | 2,173.25 | 0.00 |
| 14 | GE Money Bank dba OLD NAVY | 7100-000 | 404.03 | 404.03 | 404.03 | 0.00 |
| 16 | Chase Bank USA NA | 7100-000 | 10,501.31 | 10,567.31 | 10,567.31 | 0.00 |
| 17 | Fifth Third Bank | 7100-000 | N/A | 576,862.14 | 576,862.14 | 0.00 |
| 18U-2 | Internal Revenue Service | 7100-000 | N/A | 71.63 | 71.63 | 0.00 |
| 19U | Illinois Dept of Revenue | 7200-000 | N/A | 296.36 | 296.36 | 0.00 |
| NOTFILED | John and Jeanette Holmes c/o Michael C. Funkey, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Tree | 7100-000 | 44,352.89 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Visa Fifth Third Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Furniture First By Wells Fargo Financial National | 7100-000 | 8,747.36 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 8,625.50 | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 1,677.41 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Financial | 7100-000 | 1,962.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot Home Depot Credit Services | 7100-000 | 2,017.26 | N/A | N/A | 0.00 |
| NOTFILED | Edward Health Ventures | 7100-000 | 1,044.02 | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 1,993.97 | N/A | N/A | 0.00 |
| NOTFILED | Sears Life Insurance Co. | 7100-000 | 29.88 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Timothy J. Clare | 7100-000 | 699.77 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dr. Timothy J. Clare | 7100-000 | 3,208.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,909.47 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank Associated Loan Services Dept. | 7100-000 | 121,458.40 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 745,685.78 | 1,173,501.09 | 1,173,501.09 | 0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-29576  
**Case Name:** RANDA, JAMES MARTIN  
RANDA, JODI LYNNE  
**Period Ending:** 07/14/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 08/12/09 (f)  
**§341(a) Meeting Date:** 09/23/09  
**Claims Bar Date:** 04/08/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 5308 Oak Meadow, Plano, IL 60545 the Entireties | 420,000.00 | 56,928.11 | | 410,000.00 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Centrue Bank 201 E. Main Streator, IL 61364 Savi | 231.26 | 0.00 | | 0.00 | FA |
| 4 | Centrue Bank 202 Indian Springs Dr. Sandwich, IL | 202.84 | 0.00 | | 0.00 | FA |
| 5 | Security deposit with Commonwealth Edison | 600.00 | 434.10 | | 0.00 | FA |
| 6 | Furniture, TV, Computer & Appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Books, pictures and DVD's | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding rings, 1 pair of diamond earrings | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance State Farm Insurance Company | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Metlife Class Action | Unknown | 0.00 | | 0.00 | 0.00 |
| 12 | Fraud claims against Russel Ott, Aurora, IL | 670,000.00 | 670,000.00 | | 0.00 | FA |
| 13 | Fraud claims against Russel Ott, Aurora, IL | 130,000.00 | 130,000.00 | | 0.00 | FA |
| 14 | 2001 Ford Excursion Sport Utility 4D | 9,000.00 | 0.00 | | 0.00 | FA |
| 15 | 4 dogs | 200.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.72 | FA |
| 16 | Assets Totals (Excluding unknown values) | $1,233,934.10 | $857,362.21 | | $410,002.72 | $0.00 |

**Major Activities Affecting Case Closing:**

Final Report filed 10/20/10.  Trustee awaiting approval.

Judge continuing from time to time.  Currently continued until 2/18/11

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**   October 20, 2010  (Actual)

Printed: 07/14/2011 06:05 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-29576
**Case Name:** RANDA, JAMES MARTIN
RANDA, JODI LYNNE
**Taxpayer ID #:** **-***2863
**Period Ending:** 07/14/11

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******52-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/19/10 | | Chicago TItle & Trust Company | net proceeds after mortgage payoff : Gross receipts $410,000.00 | | 20,000.00 | | 20,000.00 |
| | {1} | | Gross Sale Proceeds      410,000.00 | 1110-000 | | | 20,000.00 |
| | | First National Bank of Ottawa | Payoff First Mortgage      -349,791.84 | 4110-002 | | | 20,000.00 |
| | | Karges Rea;ty | Commission      -9,400.00 | 3510-002 | | | 20,000.00 |
| | | Midwest Realty | Commission      -10,100.00 | 3510-002 | | | 20,000.00 |
| | | Real Estate Taxes 2009 | Real Estate Taxes 2009      -10,996.14 | 2820-002 | | | 20,000.00 |
| | | Transfer taxes | Transfer taxes      -615.00 | 2500-002 | | | 20,000.00 |
| | | Recorder | Recorder      -52.00 | 2500-002 | | | 20,000.00 |
| | | Title Charges | Title Charges      -175.00 | 2500-002 | | | 20,000.00 |
| | | County Taxes | County Taxes      -6,300.02 | 2820-002 | | | 20,000.00 |
| | | Title Charges | Title Charges      -1,570.00 | 2500-002 | | | 20,000.00 |
| | | Earnest Money | Earnest Money      -1,000.00 | 2500-002 | | | 20,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.46 | | 20,000.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 20,001.64 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,001.80 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,001.96 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.12 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.28 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,002.44 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,002.59 |
| 03/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 20,002.72 |
| 03/25/11 | | To Account #9200******5266 | to close | 9999-000 | | 20,002.72 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 20,002.72 | 20,002.72 | $0.00 |
| Less: Bank Transfers | 0.00 | 20,002.72 | |
| **Subtotal** | 20,002.72 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,002.72** | **$0.00** | |

{} Asset reference(s)

Printed: 07/14/2011 06:05 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-29576  
**Case Name:** RANDA, JAMES MARTIN  
RANDA, JODI LYNNE  
**Taxpayer ID #:** **-***2863  
**Period Ending:** 07/14/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/11 | | From Account #9200******5265 | to close | 9999-000 | 20,002.72 | | 20,002.72 |
| 03/28/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $108.29, Trustee Expenses; Reference: | 2200-000 | | 108.29 | 19,894.43 |
| 03/28/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $2,750.05, Trustee Compensation; Reference: | 2100-000 | | 2,750.05 | 17,144.38 |
| 03/28/11 | 103 | LOIS WEST | Dividend paid 100.00% on $924.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 924.50 | 16,219.88 |
| 03/28/11 | 104 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $4,537.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,537.50 | 11,682.38 |
| 03/28/11 | 105 | Internal Revenue Service | Dividend paid 7.43% on $157,133.89; Claim# 18P-2; Filed: $157,133.89; Reference: | 5800-000 | | 11,682.38 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 20,002.72 | 20,002.72 | $0.00 |
| | | Less: Bank Transfers | | | 20,002.72 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 20,002.72 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$20,002.72** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******52-65** | 20,002.72 | 0.00 | 0.00 |
| **Checking # 9200-******52-66** | 0.00 | 20,002.72 | 0.00 |
| | **$20,002.72** | **$20,002.72** | **$0.00** |